WHITNEY ET AL. V. TEICHFUSS ET AL.

1. An assigned error that the court erred in denying a motion to strike
   out an amended answer, where the motion to strike out, and the
   exceptions to the ruling of the court thereon, are not preserved in
   the bill of exceptions, will not be considered on appeal.

2. It appearing that Chaffee county was by act of the legislature, Feb-
   ruary 13, 1883, changed from the third class to the second class,
   *held*, that the portion of the costs of a suit in that county accruing
   after February 13, 1883, should be taxed according to the rates
   fixed by law for counties of the second class.

## Error to District Court of Chaffee County.

THIS action was one in support of an adverse claim by
H. L. Whitney *et al.*, plaintiffs here, who were plaintiffs
below, claimants of the Jenny Hess lode mining claim,
against W. H. Teichfuss *et al.*, defendants, claimants of
the Dutchman lode mining claim.   After there had been
two trials of the case, and a third trial ordered, the de-
fendants filed an amended answer, in which certain
additional allegations were made showing that plaintiffs
had failed to do certain assessment work upon the Jenny
Hess lode claim, and had forfeited their rights thereto,
and thereby were without any right to the premises in
controversy.   The court denied a motion to strike out
this amended answer.   The plaintiffs filed their replica-
tion thereto, whereupon the case was tried the third
time.   Verdict was returned for the defendants.   The
court denied a motion for a new trial, and gave judg-
ment upon the verdict for defendants.   Subsequently
plaintiffs moved for a retaxing of the costs, which motion
was denied.   The case comes here upon writ of error.

Messrs. T. M. S. RHETT, H. W. HOBSON and M. G.
CAGE, for plaintiffs in error.

STALLCUP, C.   There is no bill of exceptions of any-
thing occurring prior to said motion to retax costs.   The

evidence, the motions presented at the trial, and the exceptions to the court's decisions and orders thereon, are not made part of the record. The errors assigned and argued here are that the court erred in denying the motion to strike out the amended answer, and in denying the motion to retax costs. The motion to strike out the said amended answer, and exceptions to the ruling of the court thereon, not being preserved in a bill of exceptions, form no part of the record proper and cannot be considered here. Sec. 412, Code 1883; *Anderson v. Sloan*, 1 Colo. 33; *Morris v. Angle*, 42 Cal. 240; *Graham v. Linehan*, 1 Idaho, 780; *Fox v. West*, id. 782; *Heacock v. Hosmer*, 109 Ill. 245; *Kibble v. Butler*, 14 Smedes & M. 207; *Mining Co. v. Kirtley*, 8 Colo. 108.

By the act to fix and regulate the fees chargeable by county and other officers, approved February 18, 1881, Chaffee county was of the " third class," and so remained until February 13, 1883, when, by an act amendatory thereof, Chaffee county was placed in the " second class." It appears by the bill of exceptions, taken upon denying the motion to retax costs, that all the costs in this case were taxed at third-class rates, being much greater in amount than if taxed at second-class rates. The proceeding in question must be treated as taking place before final judgment, and the costs as finally allowed must be regarded as part of the final judgment. *Cord v. Southwell*, 15 Wis. 211; *Howard v. Richards*, 2 Nev. 128. For the plaintiff in error it is argued that the costs accruing after February 13, 1883, should have been taxed at second-class rates. We think this position of counsel is well taken, and that the costs accruing after February 13, 1883, should be taxed according to the rates fixed by law for counties of the second class; and in this regard, and to this extent, the judgment should be modified.

DE FRANCE and RISING, CC., concur.

PER CURIAM.   For the reasons assigned in the forego-
ing opinion the judgment of the court below is reversed
and the cause remanded, with directions that the judg-
ment be entered in accordance with the views expressed
in said opinion.

*Modified.*